STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DAVID LEE KELLY, | ) |
| | ) No.: 2:09-cv-06754-AJW |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER OF DISMISSAL** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

    Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal and the Court's order reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

Dated: _10/31/14_            _____
                                              HON. ANDREW J. WISTRICH
                                              United States Magistrate Judge